UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                Plaintiff,

v.

                                                    Case No. 96-20068

WILLIAM A. DAVIS,

                Defendant.
                                                /

## ORDER GRANTING EX PARTE MOTION FOR PAYMENT OF WITNESS FEES

This matter is before the court upon Defendant's *ex parte* motion for witness fees at government expense. The court has examined Defendant's motion and the brief in support, but finds nothing either alleging or showing "that the presence of the witness is necessary to an adequate defense" as required by Fed. R. Crim. P. 17(b) upon which the motion relies. The court nonetheless will grant the motion, holding Defendant to that standard, *i.e.*, if the witness is not called, or is later revealed to have been unnecessary to an adequate defense, the cost borne by the Government may be assessed against the Defendant.

**IT IS HEREBY ORDERED** that, pursuant to Fed. R. Crim. P. 17(b), witness Anthony Plowden be paid in the same manner in which similar costs and fees are paid in the case of a witness subpoenaed on behalf of the government.

                                        S/Robert H. Cleland
                                        ROBERT H. CLELAND
                                        UNITED STATES DISTRICT JUDGE

Dated: March 30, 2010

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, March 30, 2010, by electronic and/or ordinary mail.

                                             S/Lisa Wagner
                                            Case Manager and Deputy Clerk
                                            (313) 234-5522